**\*\*E-filed 2/3/12\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FELITA SAMPLE, | No. C 11-06128 RS |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| | |
| CHERYL FIELDS, | |
| Defendant. | |
| _____/ | |

On December 15, 2011, the Court denied plaintiff's motion to proceed *in forma pauperis* and instructed her to pay the filing fee by January 21, 2012. The order specified that failure to do so would result in dismissal of her case. As plaintiff has now failed to pay the fee by the specified deadline, the case is dismissed without prejudice.

Dated: 2/3/12

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE